UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  JOSE A GUTIERREZ | ) | Case No. 19 B 10181 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge:  JACQUELINE P COX |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

JOSE A GUTIERREZ
2326 S AUSTIN BLVD
CICERO, IL 60804

CUTLER & ASSOC
via Clerk's ECF noticing procedures

Please take notice that on August 02, 2021 at 9:00 am., I will appear before the Honorable Judge JACQUELINE P COX or any judge sitting in the judge's place and present the motion set forth below.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

  **To appear by video,** (1) use this link: https://www.zoomgov.com (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.
  **To appear by telephone,** (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.
  **When prompted identify yourself by stating your full name.**
  **To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on July 14, 2021.

/s/ M.O. Marshall
_____
M.O. Marshall, Trustee

Chapter 13 Trustee
55 East Monroe, Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  JOSE A GUTIERREZ ) | Case No. 19 B 10181 | |
| ) | | |
| ) | Chapter 13 | |
| Debtor(s) ) | | |
| ) | Judge:  JACQUELINE P COX | |

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes M.O. Marshall, Trustee and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c)(6), and in support thereof respectfully states the following:

On April 09, 2019 the debtor(s) filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on July 15, 2019 for a term of 60 months with payments of $992.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 27 | $26,712.00 | $21,788.00 | $4,924.00 |

A summary of the 3 most recent receipt items is set forth below:

Report Date: 07/14/2021
Due Each Month: $992.00
Next Payment Due: 08/09/2021

| Receipt Date | Ref Number | Amount |
|---|---|---|
| 09/25/2020 | 3126376289 | $995.00 |
| 11/17/2020 | 3127931563 | $993.00 |
| 03/09/2021 | 9033558564 | $4,000.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ M.O. Marshall
M.O. Marshall, Trustee

Chapter 13 Trustee
55 East Monroe, Suite 3850
Chicago, IL 60603
(312) 294-5900